UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WHITFIELD,<br>　　　　Petitioner,<br>　　v.<br>STATE OF CALIFORNIA,<br>　　　　Respondent. | Case No. 23-cv-04162-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This suit was reassigned from a magistrate judge to the undersigned in light of Ninth Circuit authority.[1] On August 16, 2023, Petitioner Andrew Whitfield, a federal inmate, filed a document with the Court in the instant case, which was opened as a habeas corpus action. Dkt. 1. On the same day the action was filed, the Clerk of the Court sent a notice to Whitfield informing him that his action could not go forward until he filed with the Court a habeas corpus petition form, completed in full, within twenty-eight days or Whitfield's action would be dismissed. The Clerk also sent Whitfield another notice directing him to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application. The Clerk sent Whitfield a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed, and Whitfield has not filed his petition, paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

//

//

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (concluding that magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before a magistrate judge).

1   Accordingly, this action is **DISMISSED WITHOUT PREJUDICE.** The Clerk shall
2 terminate all pending motions and close the file.
3   This Order terminates Docket No. 1.
4   **IT IS SO ORDERED.**
5 Dated:  DEcember 22, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**UNITED STATES DISTRICT JUDGE**